IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

THE ESTATE OF ALBERTA G.
SEYMORE, by and through
VALERIE A. JAMERSON,
Executor *de son Tort*,

     Appellant,

v.

GAINESVILLE COUNCIL ON
AGING, INC.; COUNCIL ON
AGING OF FLORIDA, INC.;
MAXCINE DARVILLE a/k/a
MAXCINE BROCATO; and
KATHLEEN M. HAWK (as to
GAINESVILLE HEALTH CARE
CENTER),

     Appellees.
_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-477

Opinion filed October 1, 2015.

An appeal from the Circuit Court for Alachua County.
Toby S. Monaco, Judge.

Megan L. Gisclar, Lydia D. Wardell and Isaac R. Ruiz-Carus of Wilkes & McHugh, P.A., Tampa, for Appellant.

Marie A. Borland and Ethen R. Shapiro of Hill, Ward & Henderson, P.A., Tampa, for Appellees.

PER CURIAM.

AFFIRMED. <u>Alterra Health Care Corp. v. Estate of Linton</u>, 953 So. 2d 574 (Fla. 1st DCA 2007); <u>see</u> <u>Mendez v. Hampton Court Nursing Ctr., LLC</u>, 140 So. 3d 671 (Fla. 3d DCA 2014), <u>rev. granted</u>, 168 So. 3d 227 (Fla. 2014).

ROBERTS, C.J., THOMAS and RAY, JJ., CONCUR.